### HARRIS v. STATE.

No. 22308.

Court of Criminal Appeals of Texas.

Dec. 2, 1942.

Sam T. Holt, of Carthage, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Conviction was had for a violation of the local option liquor laws, and a fine assessed of $100.

The record is before us without any statement of facts or bills of exceptions. All proceedings appear to be regular, with no objection shown thereto.

The judgment is affirmed.